# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of September, two thousand twenty-four.

_____

| | |
|---|---|
| United States of America, | **ORDER** |
| Plaintiff - Appellee, | Docket No. 23-7276 |
| v. | |
| Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, Lawrence Demonico, Kevin Maxwell, | |
| Defendants - Appellants. | |

_____

Appellants move for an order setting aside the district court's September 5, 2023 order, and remanding with directions to dismiss the complaint as moot for lack of standing.

IT IS HEREBY ORDERED that the motion is REFERRED to the panel that will determine the merits of the appeal. Any opposition to the motion must be filed by October 7, 2024.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court