

2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314

Gary Lawkowski
Phone: 703.574.1654
GLawkowski@dhillonlaw.com

January 17, 2025

Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals
for the Second Circuit
United States Courthouse
40 Foley Square
New York, New York 10007

    Re: *United States of America v. Rare Breed*
       *Triggers LLC*, 23-7276

Dear Ms. Wolfe:

   I write to respectfully request that the Court terminate me as counsel of record for Defendants-Appellants in this appeal because I will be leaving Dhillon Law Group Inc. ("DLG"). Attorney Josiah Contarino remains at DLG and will continue to represent the Defendants-Appellants in this appeal.

          Respectfully submitted,
          Gary Lawkowski


     By:  /s/ Gary Lawkowski
         Gary Lawkowski