UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **23-7276**  Caption [use short title]

Motion for: **Abeyance of appeal**

**United States v. Rare Breed Triggers et al.**

Set forth below precise, complete statement of relief sought:

**Abeyance of appeal as the parties discuss settlement**

MOVING PARTY: **United States**   OPPOSING PARTY: **Rare Breed Triggers et al.**

[X] Plaintiff  [ ] Defendant
[ ] Appellant/Petitioner  [X] Appellee/Respondent

MOVING ATTORNEY: **Michael Blume**   OPPOSING ATTORNEY: **Josiah Contarino**

[name of attorney, with firm, address, phone number and e-mail]

United States Attorney's Office | Dhillon Law Group
271 Cadman Plaza East, Brooklyn NY 10021 | 50 Park Place, Suite 1105, Newark NJ 07102
718-254-6479; michael.blume@usdoj.gov | 917-423-7221; jcontarino@dhillonlaw.com

Court- Judge/ Agency appealed from: **US District Court for the Eastern District of NY; Morrison, J.**

Please check appropriate boxes:  FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes  [ ] No (explain):

Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No

Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[X] Unopposed  [ ] Opposed  [ ] Don't Know

Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [X] Don't Know

Is the oral argument on motion requested?  [ ] Yes  [X] No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set?  [X] Yes  [ ] No  If yes, enter date: **Argument occurred December 11, 2024**

Signature of Moving Attorney:
MICHAEL BLUME (Digitally signed by MICHAEL BLUME, Date: 2025.04.22 17:27:08 -04'00')  Date: 4/22/25  Service: [X] Electronic  [ ] Other [Attach proof of service]

Form T-1080 (rev. 10-23)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
– – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA,

                *Plaintiff-Appellee*,        No. 23-7276

v.

RARE BREED TRIGGERS, LLC, et al.,

                *Defendants-Appellants*,

– – – – – – – – – – – – – – – – – –X

## MOTION TO HOLD APPEAL IN ABEYANCE

1.     Oral argument was heard on this appeal on December 11, 2024 before Judges Lohier, Sullivan, and Kahn. The Court has not yet issued a decision.

2.     The parties are now engaged in settlement conversations. In light of that development, the government respectfully moves to hold this appeal in abeyance. An abeyance will conserve party and judicial resources and promote the efficient and orderly disposition of this appeal. The government respectfully proposes that the parties can provide the Court with status reports regarding future steps in the case every 60 days. If a settlement is reached or the parties conclude that no settlement can be agreed upon, the parties will notify the Court sooner than every 60 days.

3. Defendants-Appellants consent to the relief requested in this motion.

Dated: Brooklyn, New York
April 22, 2025

/s/ *Michael S. Blume*
Michael S. Blume
Assistant United States Attorney
(718) 254-6479
Michael.Blume@usdoj.gov

2