# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 6th day of May, two thousand twenty-five.

Before:     Raymond J. Lohier, Jr.,
               *Circuit Judge.*

------

United States of America,

        Plaintiff - Appellee,

  v.

Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, Lawrence Demonico, Kevin Maxwell,

        Defendants - Appellants.

------

**ORDER**

Docket No. 23-7276

    The Government requests the Court hold this appeal in abeyance and proposes that the parties provide the Court with status reports regarding future steps every 60 days.

    IT IS HEREBY ORDERED that the request to hold the appeal in abeyance is GRANTED, but the parties must provide the Court with a status update every 30 days, beginning with 30 days from the date of this order.

                                    For the Court:

                                    Catherine O'Hagan Wolfe,
                                    Clerk of Court

