UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           *Plaintiff-Appellee*,<br><br>   v.<br><br>RARE BREED TRIGGERS, LLC, *et al.*,<br><br>           *Defendants-Appellants*. | No. 23-7276 |

## MOTION TO DISMISS APPEAL PURSUANT TO FRAP 42(b)(2)

1. On April 22, 2025, the United States moved the Court to hold the appeal in abeyance because the parties were engaged in settlement discussions. Dkt. Entry 80.1.

2. On May 6, 2025, the Court granted the motion to hold the appeal in abeyance and requested a status update within 30 days. Dkt. Entry 82.1.

3. Defendants-Appellants now move to dismiss this appeal pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure, which allows an appeal to be "dismissed on the appellant's motion on terms agreed to by the parties or fixed by the court."

4. Pursuant to a settlement agreement between the parties, the underlying case has now been dismissed with prejudice, which automatically dissolved the preliminary injunction appealed from. *See, e.g.*, *Madison Square Garden Boxing,*

*Inc. v. Shavers*, 562 F.2d 141, 144 (2d Cir. 1977) ("With the entry of the final judgment, the life of the preliminary injunction came to an end, and it no longer had a binding effect on any one."). Accordingly, this appeal is now moot. *See, e.g.*, *Su v. Ascent Construction, Inc.*, 104 F.4th 1240, 1246 (10th Cir. 2024) (dismissing as moot appeal from preliminary injunction automatically dissolved by entry of final judgment in the district court).

5. The parties have agreed that each will bear its own costs and fees.

6. Plaintiff-Appellee consents to the relief requested in this motion.

Dated: Newark, NJ
May 19, 2025

DHILLON LAW GROUP INC.
BY: */s/ Josiah Contarino*
50 Park Place, Suite 1105
Newark, NJ 07102
917-423-7221
jcontarino@dhillonlaw.com
*Attorneys for Defendants-Appellants*

4913-8357-2037, v. 1