# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of May, two thousand twenty-five.

Before:     Raymond J. Lohier, Jr.,
              *Circuit Judge.*

---

United States of America,

    Plaintiff - Appellee,

v.

Rare Breed Triggers, LLC, Rare Breed Firearms, LLC, Lawrence Demonico, Kevin Maxwell,

    Defendants - Appellants.

**ORDER**

Docket No. 23-7276

---

Appellants move for voluntary dismissal of this appeal pursuant to FRAP 42(b), with each side to bear its own costs and fees.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court